b18
02/09

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Frank Loreto Crivello**
615 W. Redwood St.
San Diego, CA 92103

Social Security No.: xxx−xx−5266
*Debtor Aliases:* American Benefits Consultants

Case number: 09−17832−JM7
Chapter: 7
Judge James W. Meyers

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 2/22/10

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

District/off: 0974-3 User: admin Page 1 of 1 Date Rcvd: Feb 23, 2010
Case: 09-17832 Form ID: b18 Total Noticed: 29

The following entities were noticed by first class mail on Feb 25, 2010.
db +Frank Loreto Crivello, 615 W. Redwood St., San Diego, CA 92103-5428
aty +Bruce R. Babcock, Law Office of Bruce R. Babcock, 4808 Santa Monica Ave,
San Diego, CA 92107-2811
smg +Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210,
San Diego, CA 92108-4424
smg Dun & Bradstreet, Attn: Lynne Roberts, 2nd Floor, 3501 Corporate Parkway, PO Box 520,
Center Valley, PA 18034-0520
smg +Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880,
Sacramento, CA 94280-0001
smg +State Board of Equalization, P.O. Box 942879, Sacramento, CA 94279-0001
12090123 +AFNI, Inc., P.O. Box 3097, Bloomington, IL 61702-3097
12090124 +AllianceOne, 6565 Kimball Dr., Gig Harbor, WA 98335-1200
12090127 +CA STU AID, 1515 S. Street #500, Sacramento, CA 95811-7243
12090131 +CBA Collection bureau, 25954 Eden Landing Rd., Hayward, CA 94545-3837
12090134 +CMRE Financial Services, 3075 E. Imperial Hwy., Brea, CA 92821-6733
12090128 +Cal Franchise Tax Bd., P.O. Box 942840, Sacramento, CA 94240-0001
12090130 +Cal. Coast Cred. Union, P.O. Box 502080, San Diego, CA 92150-2080
12090129 +Calif. Student Aid, P.O. Box 419032, Rancho Cordova, CA 95741-9032
12090133 +City of San Diego, 1010 2nd Ave., Ste. 666, San Diego, CA 92101-4920
12090137 +MTN LN ACQ, P.O. Box 228, Stanton, CA 90680-0228
12090136 +Mercy Hosp./Prog. Man. Sys., 1521 W. Cameron Ave., Fl. 1, West Covina, CA 91790-2738
12090138 +NCO FIN/09, 507 Prudential rd., Horsham, PA 19044-2308
12090139 +South West Recovery, 535 Broadway, Ste. 205, El Cajon, CA 92021-5464
12090140 +State Student Aid Co., 3300 Zinfandel Dr., Rancho Cordova, CA 95670-6043
12090141 +U.S. Bank/National FC, 1251 Pomona rd., #105, Corona, CA 92882-7157

The following entities were noticed by electronic transmission on Feb 23, 2010.
tr EDI: QJLKENNEDY.COM Feb 23 2010 19:28:00 James L. Kennedy, PO Box 28459,
San Diego, CA 92198-0459
smg EDI: CALTAX.COM Feb 23 2010 19:28:00 Franchise Tax Board, Attn: Bankruptcy,
P.O. Box 2952, Sacramento, CA 95812-2952
smg E-mail/Text: ustp.region15@usdoj.gov United States Trustee,
Office of the U.S. Trustee, 402 West Broadway, Ste. 600, San Diego, CA 92101-8511
12090122 +EDI: AFNIRECOVERY.COM Feb 23 2010 19:28:00 AFNI, Inc., P.O. Box 3427,
Bloomington, IL 61702-3427
12090126 +EDI: ARROW.COM Feb 23 2010 19:28:00 Arrow Fin. Ser., 5996 W. Touhy Ave.,
Niles, IL 60714-4610
12090132 +EDI: CHASE.COM Feb 23 2010 19:28:00 Chase Manhatten Bank, 4915 Independence Parkway,
Tampa, FL 33634-7540
12090135 EDI: IRS.COM Feb 23 2010 19:28:00 IRS, Fresno, CA 93888
12123905 EDI: RECOVERYCORP.COM Feb 23 2010 19:28:00 Recovery Management Systems Corporation,
25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605
TOTAL: 8

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg* Dun & Bradstreet, Attn: Lynne Roberts, 2nd Floor, 3501 Corporate Parkway, PO Box 520,
Center Valley, PA 18034-0520
ust* United States Trustee, Office of the U.S. Trustee, 402 West Broadway, Suite 600,
San Diego, CA 92101-8511
12090125* +ALLIANCEONE, Inc., 6565 Kimball Dr., Gig Harbor, WA 98335-1200
TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2010** **Signature:** Joseph Speetjens